1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   AGUSTIN MARTINEZ MORENO,              1:09-cv-00447-TAG-(HC)

11           Petitioner,                  ORDER GRANTING MOTION
                                          TO PROCEED IN FORMA PAUPERIS
12      vs.
                                          (DOCUMENT #6)
13   ROBERT J. HERNANDEZ,

14           Respondent.
                                      /
15

16       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.

18       Petitioner has filed a motion to proceed in forma pauperis.   Examination of these documents

19   reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

20   in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

21

22   IT IS SO ORDERED.

23   Dated:  **March 27, 2009**                              **/s/ Theresa A. Goldner**
                                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28